## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Nathan Robert SAUERS, Petitioner

No. 299 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Terri JONES, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (VILLANOVA UNIVERSITY), Respondents

No. 292 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Frank James CAPOZZI, Sr., Petitioner

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent

Frank James Capozzi, Sr., Petitioner

v.

Unemployment Compensation Board of Review, Respondent

Frank James Capozzi Sr., Petitioner

v.

Unemployment Compensation Board of Review, Respondent

No. 180 MAL 2017
No. 181 MAL 2017
No. 182 MAL 2017

Supreme Court of Pennsylvania.

September 19, 2017

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

